UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF EZEKIEL RIVERA, *et al.*, | Case No. 1:24-cv-00176-JLT-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT |
| v. | |
| KERN COUNTY SHERIFF'S DEPARTMENT, *et al.*, | (Doc. 20) |
| Defendants. | |

On Februrary 7, 2024, Plaintiffs Estate of Ezekiel Rivera, Soluna Lora, and E.R. ("Plaintiffs") initiated this action with the filing of a complaint against Defendants Kern County Sheriff's Department, Kern County, Deputy Swords, Deputy Chavez, and Sheriff Donny Youngblood ("Defendants"). (Doc. 1). Defendants filed a motion to dismiss on April 26, 2024. (Doc. 17).

Pending before the Court is the parties' stipulation for order extending Plaintiffs' time to file an amended complaint. (Doc. 20).

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED, Plaintiffs shall have up to and including May 31, 2024, to file an amended complaint. IT IS SO ORDERED.

Dated:   **May 15, 2024**          _____

UNITED STATES MAGISTRATE JUDGE