UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF EZEKIEL RIVERA, *et al.*<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>　　　Defendants. | Case No. 1:24-cv-00176-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 26) |

On May 31, 2024, Plaintiffs the Estate of Ezekiel Rivera, Soluna Lora, and E.Z. ("Plaintiffs") filed the operative first amended complaint against Defendants Kern County, Kern County Sheriff's Department, Deputy Swords, Deputy Chavez, Sheriff Donny Youngblood, and Raul Rivera. (Doc. 22). On June 13, 2024, Deputies Swords and Chavez the parties filed the instant stipulated request for order extending time to respond to the first amended complaint. (Doc. 26). Deputies Swords and Chavez assert their defense counsel, who assumed representation of them on June 5, 2024, needs additional time to investigate this case before filing a response to the first amended complaint. *Id*.

For good cause shown, IT IS HEREBY ORDERED:

Deputies Swords and Chavez shall have until July 12, 2024, to answer or otherwise

1

respond to Plaintiffs' first amended complaint.

IT IS SO ORDERED.

Dated: __June 17, 2024__          _____
                                  UNITED STATES MAGISTRATE JUDGE