Humberto M. Guizar, Esq., (SBN 125769)
**LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL CORPORATION**
3500 W. Beverly Blvd.,
Montebello, California 90640
Tel: (323) 725-1151; Fax: (323) 597-0101
Email: *HGuizar@GHCLegal.com*

Christian Contreras, Esq., (SBN 330269)
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000; Fax: (323) 597-0101
Email: *CC@Contreras-Law.com*

Attorneys for Plaintiffs, ESTATE OF EZEKIEL RIVERA, et al.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF EZEKIEL RIVERA, by and through his successor in interest, SOLUNA LORA; SOLUNA LORA, individually; E.R., individually, by and through his Guardian Ad Litem, JOSEPHINA VILLAREAL,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, a public entity; KERN COUNTY, a public entity; DEPUTY SWORDS, individually; DEPUTY CHAVEZ, individually; SHERIFF DONNY YOUNGBLOOD, individually; and DOES 1 through 10, individually,<br><br>Defendants. | **CASE NO.:** 1:24-cv-00176-JLT-CDB<br><br>~~**[PROPOSED]**~~ **ORDER RE JOINT STIPULATION TO MODIFY SCHEDULING ORDER EXTENDING PLEADING AMENDMENT DEADLINE**<br><br>(Doc. 56) |

**ORDER**

The Court, having reviewed and considered the parties' Joint Stipulation to Modify Scheduling Order (Doc. 56), and good cause appearing, hereby GRANTS the parties' stipulated request.

The deadline to file any motions to amend the pleadings, including to add or substitute parties, allegations, or claims, is extended by sixty days, from September 18, 2026 to November 17, 2026.

All other dates and deadlines in the Scheduling Order (Doc. 54) remain unchanged.

IT IS SO ORDERED.

Dated: **September 18, 2026**

UNITED STATES MAGISTRATE JUDGE